UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

              **Plaintiff,**

              **Case No. 06-CR-46**

    **-vs-**

**MELVIN WILLIAMS,**

              **Defendant.**

## ORDER

Based on all the files, records, and proceedings held before and taken herein,

IT IS ORDERED that the Defendant's Motion for Extension of Time by Which he Must Surrender for Service of Sentence is hereby GRANTED.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 P.M. on or before November 2, 2006.

Further, the Judgment in this case shall be amended to reflect this change.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2006.

           **SO ORDERED,**

           **s/ Rudolph T. Randa**
           **HON. RUDOLPH T. RANDA**
           **Chief Judge**